of military and other sanctions, evidenced in some in-stances by physical beatings, dissents to vacation and remand. *Solicitor General Perlman* and *Howard K. Hod-dick* for appellant. *A. L. Wirin, Fred Okrand* and *Katsuo Miho* for appellee.

No. 422. ACHESON, SECRETARY OF STATE, *v.* MURATA.

*Per Curiam:* The judgment is vacated and the case is remanded to the District Court for specific findings as to the circumstances attending appellee's serv-ice in the Japanese Army and the reasonable inferences to be drawn therefrom. MR. JUSTICE BLACK is of the opinion the judgment should be affirmed. MR. JUSTICE DOUGLAS, being of the view that the findings are adequate to show that the services of appellee to Japan were ren-dered under the compulsion of military and other sanc-tions, evidenced in some instances by physical beatings, dissents to vacation and remand. *Solicitor General Perl-man* and *Howard K. Hoddick* for appellant. *A. L. Wirin, Fred Okrand* and *Katsuo Miho* for appellee.

No. 427. BARKER *v.* LEGGETT, SUPERINTENDENT OF THE INSURANCE DEPARTMENT OF MISSOURI, ET AL.

*Per Curiam:* The appeal is dis-missed for the want of a substantial federal question. *Walter A. Raymond, William H. Becker* and *Robert L. Howard* for appellant. *J. E. Taylor,* Attorney General of Missouri, and *Harry H. Kay,* Assistant Attorney Gen-eral, for appellees.

No. 460. ILLINOIS CENTRAL RAILROAD CO. *v.* GARNER, COUNTY TRUSTEE OF SHELBY COUNTY, ET AL. *Per Curiam:*

The appeal is dismissed for the want of a substantial federal question. *Charles A. Heisell* for appellant. 

No. 216, Misc. MARINGER *v.* SUPREME COURT OF CALIFORNIA; and

No. 219, Misc. ROBERTS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. Motions for leave to file petitions for writs of mandamus denied.

No. 227, Misc. HICKS *v.* JACKSON, WARDEN, ET AL.; and

No. 253, Misc. WORTH *v.* CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 239, Misc. SANDERS *v.* WATERS, WARDEN. Motion for leave to withdraw petition for writ of mandamus granted.

No. 241, Misc., October Term, 1948. RODRIQUEZ *v.* NEW YORK, 335 U. S. 899. Motion for return of the record to petitioner denied.

No. 401. JOHANSEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *William L. Standard* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition. 

No. 414. MANDEL, ADMINISTRATOR, *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* for petitioner. *Solicitor General Perlman* filed a